JAMES BERGEN, Appellant and Respondent, *v.* FORTIS CONTRACTING CO., INC., et al., Respondents, and CITY OF NEW YORK, Respondent and Appellant.

Argued January 14, 1948; decided March 11, 1948.

*Irving A. Scheinberg* for James Bergen, appellant.

*John P. McGrath, Corporation Counsel (Henry J. Shields, Seymour B. Quel* and *Joseph F. Mulqueen, Jr.,* of counsel), for City of New York, appellant.

*Patrick E. Gibbons* for E. W. Foley, Inc., respondent.

*William L. Shumate* for B. T. & J. J. Mack, Inc., respondent.

*Archie B. Morrison, John D. Lynn, William T. Rogers* and *Daniel Miner* for Fortis Contracting Co., Inc., respondent.

On plaintiff's appeal: Judgment affirmed. On appeal of defendant City of New York: Judgment affirmed, with costs. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.